

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| F.M.G.W, | § | No. 08-11-00365-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| D.S.W., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010CM1285) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the Appellee's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF MAY, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
McClure, C.J., not participating